# IN THE SUPREME COURT OF THE STATE OF NEVADA

CRAWFORD & COMPANY,
          Appellant,
vs.
LAWRENCE RAY BARKER,
          Respondent.

No. 67218

FILED

MAR 3 0 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

Pursuant to the stipulation of the parties, and cause appearing, this appeal is dismissed.[1] The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
TRACIE K. LINDEMAN

BY: _____

cc:    Hon. Elizabeth Goff Gonzalez, District Judge
        Janet Trost, Settlement Judge
        Black & LoBello
        Kemp & Kemp
        Eighth District Court Clerk

---

[1]The conditional sanction imposed on March 17, 2016, was automatically vacated upon the filing of the stipulation.

16-09888